IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE H. BISHOP, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   Civil No. 1:06-cv-01593-GK |
| INTERNAL REVENUE SERVICE, et al., | ) ) ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO DISMISS

Defendants, the Internal Revenue Service, James Alexander, and Nieves Narvaez, through undersigned counsel and pursuant to Fed.R.Civ.P. 12(b)(2), 12(b)(3), 12(b)(5), and 12(b)(6), respectively move this Court for an order dismissing plaintiffs' complaint. As grounds for this motion, the United States submits that venue is improper in this district, that this Court does not have personal jurisdiction over the defendant, that plaintiffs have not properly served the United States, and that plaintiffs have failed to state a claim upon which relief can be granted.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: December 7, 2006.                    Respectfully submitted,

                                            /s/ Michael J. Martineau
_____         MICHAEL J. MARTINEAU
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Washington, DC 20044
                                            Telephone: (202) 307-6483
                                            Facsimile: (202) 514-6866
                                            Email: Michael.J.Martineau@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney