IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE H. BISHOP, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, et al., )<br>)<br>Defendants. ) | Civil No. 1:06-cv-01593-GK |

ORDER

Having considered the defendants' motion to dismiss, memorandum in support thereof, and any oppositions and replies thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the defendants' motion to dismiss be and hereby is GRANTED;

ORDERED that Plaintiffs' complaint be and is DISMISSED WITH PREJUDICE, and it is further

ORDERED that the clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6483
Facsimile: (202) 514-6966
Email: Michael.J.Martineau@usdoj.gov

George H. Bishop
1425 Lake Front Circle
The Woodlands, Texas 77380