IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE H. BISHOP, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Civil No. 1:06-cv-01593-GK |
| ) | |
| INTERNAL REVENUE SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing DEFENDANTS' MOTION TO DISMISS, MEMORANDUM in support, and proposed ORDER were caused to be served upon Plaintiffs *pro se* on the 7th day of December, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> George H. Bishop
> 1425 Lake Front Circle
> The Woodlands, Texas 77380

/s/ Michael J. Martineau
MICHAEL J. MARTINEAU