UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**GEORGE H. BISHOP,**               )
                                   )
    **Plaintiffs,**            )
                                   )
    v.                        )   **Civil Action No. 06-1593 (GK)**
                                   )
**INTERNAL REVENUE SERVICE, et al.**)
                                   )
    **Defendants.**            )
_____)

### ORDER

    This matter comes before the Court upon Defendants' Motion to Dismiss, filed on December 7, 2006.  Plaintiff is proceeding <u>pro se</u> in this matter.

    In <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a <u>pro se</u> party of the consequences of failing to respond to a dispositive motion.  "That notice...should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case."  <u>Id.</u> at 509.  Accordingly, it is hereby

    **ORDERED** that Plaintiff respond to Defendants' Motion to Dismiss no later than **January 10, 2007.**  If Plaintiff does not

respond, the Court will treat the Motion as granted and enter judgment in favor of Defendants.

|  |  |
|---|---|
| December 8, 2006 | /s/<br>Gladys Kessler<br>U.S. District Judge |

**Copies to: attorneys on record via ECF and**

**George H. Bishop**
**1425 Lake Front Circle**
**The Woodlands, TX 77380**