IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE H. BISHOP, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, et al., )<br>)<br>Defendants. ) | Civil No. 1:06-cv-01593-GK |

## PRAECIPE

By Order entered on December 8, 2006, the Court ordered that "Plaintiff shall respond to Defendants' Motion To Dismiss no later than January 10, 2007; if plaintiff does not respond, the Court will treat the Motion as granted and enter judgment in favor of Defendants." This is to advise the Court that plaintiff has not responded to the Defendants' Motion To Dismiss.

DATE: January 29, 2007.

Respectfully submitted,

 /s/ Michael J. Martineau
MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6483
Facsimile: (202) 514-6866
Email: Michael.J.Martineau@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney