IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE H. BISHOP, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 1:06-cv-01593-GK |
| | ) |
| INTERNAL REVENUE SERVICE, et al., | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing PRAECIPE were caused to be served upon Plaintiffs *pro se* on the 29th day of January, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> George H. Bishop
> 1425 Lake Front Circle
> The Woodlands, Texas 77380

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael J. Martineau
　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. MARTINEAU