UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GEORGE H. BISHOP,**           )
                                )
    **Plaintiff,**              )
                                )
v.                              )    Civil Action No. 06-1593 (GK)
                                )
**INTERNAL REVENUE SERVICE, et al.** )
                                )
    **Defendants.**             )

### MEMORANDUM ORDER

    This matter comes before the Court upon Defendants' Motion to Dismiss filed on December 7, 2006. Plaintiff is proceeding pro se in this matter.

    In an Order dated December 8, 2006, following Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court advised Plaintiff that failure to respond to Defendants' Motion to Dismiss might result in dismissal of his case. Plaintiff's Opposition was due January 10, 2007, and he has yet to respond to Defendants' Motion. Accordingly, it is hereby

    **ORDERED** that judgment is **granted** in favor of Defendants; and it is further

    **ORDERED** that Plaintiff's claims are dismissed.

January 30, 2007
    /s/
Gladys Kessler
U.S. District Judge

**Copies to:** attorneys on record via ECF and

**George H. Bishop**
**1425 Lake Front Circle**
**The Woodlands, TX 77380**
**Houston, TX 77070**